**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone: (406) 457-5120**
**FAX: (406) 457-5130**
**E-Mail: paulette.stewart@usdoj.gov**

FILED
APR 0 3 2025
Clerk, U.S. District Court
District of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DANIEL JAMES ERLANDSON,**<br><br>**Defendant.** | **CR 25- 39-GF-BMM**<br><br>**INDICTMENT**<br><br>**FALSE STATEMENT DURING A FIREARMS TRANSACTION**<br>**Title 18 U.S.C. § 922(a)(6)**<br>**(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)** |

THE GRAND JURY CHARGES:

That on or about January 21, 2025, at Great Falls, within Cascade County, in the State and District of Montana, the defendant, DANIEL JAMES ERLANDSON, in connection with the attempted acquisition of a firearm from North 40 Outfitters, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

States Code, knowingly made a false and fictitious written statement to that dealer, which was intended and likely to deceive North 40 Outfitters as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant represented on ATF Form 4473, Firearms Transaction Record, that he had never been convicted in any court, of a felony, and any other crime for which the judge could have imprisoned him for more than one year, and that he had never been adjudicated as a mental defective and never been committed to a mental institution, all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney