IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES ERLANDSON,<br><br>Defendant. | Case No. CR 25-39-GF-BMM<br><br>ORDER FOR COMPETENCY EVALUATION AND PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION AND REPORT PURSUANT TO TITLE 18 U.S.C. § 4241(a), (b) |

Daniel James Erlandson having filed an Unopposed Motion for Competency Evaluation and Psychiatric or Psychological Examination and Report, there being no objection from the Government and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendant, Daniel James Erlandson, be subjected to a competency evaluation, pursuant to 18 U.S.C. § 4241 and a psychiatric or psychological examination, to be conducted, pursuant to 18 U.S.C. § 4241(b) and §§ 4247(b) and (c), by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Defendant, Daniel James Erlandson, be committed to a facility designated by the Attorney General to be examined for a reasonable period, but not to exceed thirty (30) days;

IT IS FURTHER ORDERED that a competency evaluation report and a psychiatric or psychological report be prepared and that said reports shall include:

(1)   Defendant's history and present symptoms;

1

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis and prognosis.

IT IS FURTHER ORDERED that the report shall be filed with the Court, with copies to Counsel for Daniel James Erlandson, and the attorney for the Government. Upon receipt of said report and the return of the Defendant to this district.

IT IS FURTHER HEREBY ORDERED that all currently scheduled proceedings are VACATED.

The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

DATED this <u>29th</u> day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Courts