IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES ERLANDSON,<br><br>Defendant. | CR 25–39–GF–BMM<br><br><br>ORDER |

Defendant Daniel James Erlandson (Erlandson) was indicted on April 3, 2025. (Doc. 1.) Erlandson was arraigned on April 11, 2025. (Doc. 6.) Erlandson's counsel filed a motion for Competency Evaluation and Psychiatric or Psychological Examination and Report on May 29, 2025. The Court granted that motion. (Docs. 28 and 29.) Erlandson was commited to SeaTac Washington on June 26, 2025. (Doc. 30.) A Competency Evaluation Report was completed by Cynthia Low, Psy.D. (Docs. 32 and 32-1.) In that report, Dr. Low opined that Erlandson refused to participate in the evaluation and therefore she was unable to specifically address his ability to understand the nature and consequences of the proceedings against him . . . however he does suffer from Schizo-affective Disorder, Depressed type. (Doc. 32 at 9.) Dr. Low further concluded that his refusal to participate in the evaluation appeared to be more than just a typical

refusal, and may be related to paranoia. Further defense counsel reported Erlandson had become excessively distrustful and uncooperative which also may be attributed to paranoia. Dr. Low recommends formal competency restoration measures. (*Id.*)

A competency hearing was held on August 25, 2025. (Doc. 33.) The United States was represented by Assistant United States Attorney Paulette Stewart. Erlandson was represented by Clark Matthews. At that hearing, counsel stipulated to the findings and recommendation in the Report. Erlandson also requested an opportunity to speak at the hearing, asserting that his speedy trial rights have been violated.

Based on counsel's stipulation at the August 25, 2025 hearing, the contents of Dr. Low's evaluation, and Erlandson's in-court statements, a preponderance of evidence supports the conclusion that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent, such that he cannot understand the nature and consequences of the proceedings against him or properly assist in his defense. Accordingly,

IT IS ORDERED that Daniel James Erlandson is committed to the custody of the Attorney General for hospitalization and treatment at a suitable facility to determine if there is a substantial probability that in the foreseeable future he will attain the capacity to permit this case to go forward. 18 U.S.C. § 4241(d). The defendant is hereby committed for this purpose for a reasonable time period, not to exceed four months.

IT IS FURTHER ORDERED that the Bureau of Prisons shall designate a facility within seven (7) days of this Order and make a bed available within thirty (30) days of designation.[1] The United States Marshal shall transport the defendant to the designated facility within ten (10) days of being informed that a bed is available. The Attorney General or his representative at the facility to which the defendant is committed shall promptly notify the Court of the determination made regarding the probability that the defendant will regain capacity to proceed in the foreseeable future.

IT IS FURTHER ORDERED that once a facility is designated, the Clerk of Court is directed to provide the facility with a copy of this Order. Any report from the facility should be sent to the Court via email to sara_luoma@mtd.uscourts.gov. The Clerk of Court will also provide a copy of this order to Dr. Low at clow@bop.gov.

---

[1] While the Court is aware of the resource limitations of the Bureau of Prisons, delay in the process will not be tolerated. *See United States v. Lambson*, 9:22-cr-22-DWM, Doc. 25 (December 1, 2022).

DATED this 26th day of August 2025.

Brian Morris, Chief District Judge
United States District Courts