**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone: (406) 457-5120**
**FAX: (406) 457-5130**
**E-Mail: paulette.stewart@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DANIEL JAMES ERLANDSON**<br><br>**Defendant.** | **CR 25-39-GF-BMM**<br><br>**OFFER OF PROOF** |

## THE CHARGE

The defendant, Daniel James Erlandson, is charged in the indictment with the crime of false statement during a firearms transaction, in violation of 18 U.S.C. § 922(a)(6). This is filed if the hearing turns into a change of plea hearing.

## PLEA AGREEMENT

There is no plea agreement. In the government's view, the plea without a plea agreement is the most favorable resolution of this case for the defendant. *See Missouri v. Frye*, 566 U.S. 134, 145-46 (2012). No written plea agreements were offered.

## ELEMENTS

For the defendant to be found guilty of false statement during a firearms transaction as charged in the indictment, the United States must prove each of the following elements beyond a reasonable doubt:

- First, North40 Outfitters was a licensed firearms dealer;
- Second, in connection with attempting to acquire a firearm from North40 Outfitters, the defendant made a false statement;
- Third, the defendant knew the statement was false; and
- Fourth, the false statement was material; that is, the false statement had a natural tendency to influence or was capable of influencing North40 Outfitters into believing that the firearm could be lawfully sold to the defendant.

## PENALTY

The offense charged in the indictment carries a maximum punishment of ten years of imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following:

1. On January 21, 2025, Daniel James Erlandson, a convicted felon who was committed to Montana DHHS with initial placement at the Montana State Hospital, attempted to purchase a Springfield 9mm semi-automatic pistol at North 40 located in Great Falls MT. He is listed on the Montana Violent Offender Registry.

2. On January 21, 2025, Great Falls Police Department Officers responded to North 40 Outfitters, an FFL, located at 1000 3rd Street Northwest, Great Falls, Montana, for reports of a male causing a disturbance while attempting to purchase a firearm. Officers contacted Daniel Erlandson at the firearms counter and observed him exhibiting confrontational behavior. He was eventually escorted out of North 40. His aggressive behavior continued to escalate, he refused to leave the property, and he was eventually arrested.

3. GFPD Officers spoke with the employees at the firearms section of the store and learned that Erlandson filled out ATF Form 4473 to purchase an HS Produkt (Springfield Inc.), model XD 3, 9 mm, semiautomatic pistol (serial number BF430449). In addition to his confrontational behavior, he provided documentation to North 40 staff that was described as "fraudulent" and as a result the employees refused to sell the firearm to Erlandson prior to running Erlandson in the NICS background check.

4. North 40 Outfitters located at 1000 3rd Street West, Great Falls MT 59404 is licensed to deal in firearms, other than destructive devices with license number 9-80-013-01-5J-02883 which was originally issued in June 2019 and renewed in July 2022.

5. On October 3,2022, Erlandson was sentenced to four years in Cascade County case number BDC-21-301 on two counts of felony assault on a peace officer and one felony count of criminal mischief, consecutive to the case below. He was committed to the custody of the Director of Montana DHHS with his initial placement at the Montana State Hospital.

6. On November 7, 2022, Erlandson was sentenced to four years in Cascade County case number ADC-15-235 on three counts of assault with a

weapon. Again, he was committed to the MT DHHS with initial placement at the Montana State Hospital.

7. The Montana DOC Sexual and Violent Offender Registration printout shows Erlandson listed as a violent offender.

DATED this 20th day of May 2026.

TIMOTHY J. RACICOT
Acting United States Attorney

*/s/ Paulette L. Stewart*
Paulette L. Stewart
Assistant United States Attorney