CLARK MATHEWS
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
clark_mathews@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS MONTANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES ERLANDSON,<br><br>Defendant, | **Case No. CR 25-39-GF-BMM**<br><br>**MEMORANDUM IN AID OF SENTENCING**<br><br>[Sentencing Date: August 26, 2026] |

COMES NOW, Daniel James Erlandson, by and through his Counsel of record Clark Mathews, Assistant Federal Defender and the Federal Defenders of Montana, and hereby submits this Memorandum in Aid of Sentencing.

///

///

**Introduction**

Dan pled guilty to False Statement During a Firearms Transaction, 18 U.S.C. § 922(a)(6) on May 20, 2026. The guideline range is only 12 to 18 months. ¶74. Dan has been in custody from April 8, 2025, to April 15, 2025, and again from May 20 until present. He will have 471 days (15+ months) of pre-trial credit, if current sentencing date holds.

Dan requests the Court sentence him to time served.

**Sentencing Factors in 18 U.S.C. § 3553(a)**

Dan is mentally ill, and more specifically he suffers from schizoaffective disorder. “This disorder is characterized by the presence of delusions, hallucinations, disorganized speech or behavior, and negative symptoms (diminished emotional expression) for at least six months.” FBOP Eval, p. 11. This disease presents tremendous difficulty to those afflicted. Dan has a tough row to hoe.

On May 29, 2025, this Court ordered a competency evaluation and ordered Dan be committed to the Attorney General. On August 25, 2025, the Court found Dan not competent to proceed and ordered him to participate in competency restoration efforts, and he was committed to FMC Butner. Dan was treated with medication while at Butner and he was eventually deemed to have regained his competency.

Dan was returned to the District of Montana where he was incarcerated at the Cascade County Detention Center. Dan initially seemed to be doing well, but in recent weeks, he has started to exhibit symptoms consistent with his disease. Undersigned can report he had an unproductive meeting with Dan on Monday, August 17, 2026, but then Dan called undersigned on Thursday, August 20 to apologize. Undersign reports the subsequent conversation was more productive.

Dan's mental illness is central to the instant offense. Dan went to North 40 and attempted to purchase a firearm. He indicated on the ATF form he had never been committed to a mental institution. That statement was not true, as Dan has been committed multiple times to the Montana State Hospital due to his mental illness. It should be noted North 40 never even processed the application because Dan filled out the form using a slightly different version of his name than the identification he presented. It is appreciated the government does not want Dan to have a firearm. He should not be anywhere near a firearm.

To compound Dan's difficulty in life, his support system is not vast, mostly consists of his mother, Stephanie Miller. It is believed Stephanie means well, but she has struggles of her own, and due to living in public housing, is unable to allow Dan to reside with her at her residence. Undersigned sought out a mental health group home for Dan to reside in upon release from custody but was unsuccessful in those efforts. Sadly, our society offers few options. The only option, Many Rivers, advised

they had a waiting list and were further unwilling due to Dan's past poor performance at one of their facilities.

**Conclusion**

The Court should sentence Dan to time served.

RESPECTFULLY SUBMITTED this 24th day of August 2026.

/s/ Clark Mathews

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on August 24, 2026, a copy of the foregoing document was served on the following persons by the following means:

_1,2__CM-ECF
_____Hand Delivery
_3___Mail
_____Overnight Delivery Service
_____Fax
_4___E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. PAULETTE L. STEWART
   Assistant United States Attorney
   United States Attorney's Office
   Counsel for the United States of America

3. DANIEL JAMES ERLANDSON
   Defendant

4. PEYTON JONES
   United State Probation Office
   Senior United States Probation Officer.

/s/ Clark Mathews