PROB 12C
Rev 01-17

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Daniel James Erlandson **Docket Number:** 0977 4:25CR00039-001

**Name of Sentencing Judicial Officer:** THE HONORABLE BRIAN MORRIS
CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/26/2026

**Original Offense:** 18:922C.F: ILLEGAL TRANSFER OF FIREARMS

**Original Sentence:** 471 days Bureau of Prisons, to be followed by 36 months supervised release

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 08/26/2026

**Assistant U.S. Attorney:** Paulette L. Stewart
901 Front Street, Suite 1100, Helena, MT 59626, (406) 457-5120

**Defense Attorney:** Clark Mathews
Federal Defenders of Montana, 104 2nd Street South, Suite 301, Great Falls, MT 59401, (406) 727-5328

---

### PETITIONING THE COURT

**Background**

On 08/26/2026, the defendant appeared for sentencing before THE HONORABLE BRIAN MORRIS, CHIEF UNITED STATES DISTRICT JUDGE, having pleaded guilty to the offense of 18:922C.F: ILLEGAL TRANSFER OF FIREARMS. The offense involved the defendant attempting to purchase a firearm from North 40 Outfitters and knowingly making a false and fictitious statement to that dealer. The defendant was sentenced to time served (471 days) in the Bureau of Prisons, followed by 36 months supervised release. He began his current term of supervised release on 08/26/2026.

Since that time, the probation officer believes the defendant has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated |

circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

On 09/03/2026, Great Falls Police Officer Whitsitt responded to a disturbance at the Wingate hotel where the defendant was residing. The defendant failed to report his change of residence to his probation officer.

2 **Special Condition:** You must participate in an outpatient program for mental health treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

On 09/08/2026, the defendant was instructed by his probation officer to schedule a mental health treatment appointment at Many Rivers Whole Health. As of this report, he has failed to make contact with the provider.

3 **Standard Condition:** You must follow the instructions of the probation officer related to the conditions of supervision.

On 09/09/2026, the defendant was instructed via telephone to report to the probation office on 09/14/2026 at 10:00 a.m., which he failed to report as directed.

4 **Standard Condition:** You must follow the instructions of the probation officer related to the conditions of supervision.

On 09/15/2026, the defendant was instructed via telephone to report to the probation office on 09/15/2026 at 2:00 p.m., which he failed to report as directed.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

Reviewed

By:

Nichole Anderson
Supervising United States Probation Officer
Date: 09/15/2026

Respectfully Submitted

By:

Ben Cook
United States Probation Officer
Date: 09/15/2026

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 16th day of September, 2026, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Warrant or Summons for Offender Under Supervision shall be unsealed.

Brian Morris, Chief District Judge
United States District Court

09/16/2026
Date