# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD JAMES ERLANDSON,<br><br>Defendant. | **Case No. CR 25-39-GF-BMM**<br><br>**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION AND REPORT** |
|---|---|

Defendant Donald Erlandson appeared before the undersigned on September 29, 2026, for an initial appearance on supervised release violations. (Doc. 53.) The Court determined that Erlandson may be suffering from a mental disease or defect that should be evaluated before Erlandson is sentenced. 18 U.S.C. 4244(a)

IT IS HEREBY ORDERED that Defendant Donald James Erlandson be subjected to a psychiatric or psychological examination and an insanity defense evaluation, to be conducted, pursuant to 18 U.S.C. § 4241(b) and §§ 4247(b) and (c), by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Defendant, Donald James Erlandson, be committed to a facility designated by the Attorney General to be examined for a reasonable period, but not to exceed thirty (30) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and that said report shall include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis and prognosis and an insanity defense;

IT IS FURTHER ORDERED that the report shall be emailed to the Court via email to Sara Luoma, Judicial Assistant to Magistrate Judge John Johnston at sara_luoma@mtd.uscourts.gov, with copies to Counsel for Donald James Erlandson, and the attorney for the Government.

DATED this 29th day of September 2026.

John Johnston
United States Magistrate Judge